IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT DILLON, et al.,**

    **Plaintiffs,**

v.

**JEFF DIEDERICH, et al.,**

    **Defendants.**

Case No. 3:25-cv-00413-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on July 28, 2025 (Doc. 10), this action is **DISMISSED without prejudice**.

    **DATED:  July 28, 2025**

    MONICA A. STUMP,
    **Clerk of Court**

    By:  s/ *Jackie Muckensturm*
          **Deputy Clerk**

**APPROVED: s/** *Stephen P. McGlynn*
          **STEPHEN P. McGLYNN**
          **U.S. District Judge**